FREDERICK H. MEIER, Respondent, v. CARPENTER, BOXLEY & HERRICK, INC., Appellant. — Judgment and order of the County Court of

Kings county unanimously affirmed, with costs. No opinion. Present — Jenks. P. J., Thomas, Mills and Putnam, JJ.